# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| PEGASUS WIRELESS INNOVATION LLC, | § § § | |
| *Plaintiff*, | § § | Case No. 2:25-cv-00290-JRG |
| v. | § § | (Lead Case) |
| AT&T CORP. *et al.*, | § § | |
| *Defendants*, | § | |
| NEW CINGULAR WIRELESS PCS, LLC, | § § | |
| *Counterclaim-Plaintiff*, | § § § | |
| v. | § § | Case No. 2:25-cv-00290-JRG (Lead Case) |
| PEGASUS WIRELESS INNOVATION LLC, and KT CORPORATION | § § § § | |
| *Counterclaim-Defendant and Third-Party Defendant*, | § § | |

**JOINT MOTION TO DISMISS**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff and Counterclaim-Defendant Pegasus Wireless Innovations LLC ("Pegasus"), Defendants and Counterclaim-Plaintiffs AT&T Corp., AT&T Services, Inc., AT&T Mobility LLC, AT&T Mobility II LLC, New Cingular Wireless PCS, LLC, and Cricket Wireless LLC ("AT&T"), and Third-Party Defendant KT Corporation ("KT") (Pegasus, AT&T, and KT, collectively, "the Parties") have settled all matters in controversy in Case No. 2:25-cv-00290-JRG. Accordingly, the Parties jointly move the Court to (1) dismiss with prejudice all of Pegasus's claims, counterclaims, and causes of action asserted in Case No. 2:25-cv-00290-JRG; (2) dismiss with prejudice AT&T's counterclaims as to breach of contract, failure to negotiate in good faith, and declaratory judgment of breach of FRAND; and (3) dismiss without prejudice AT&T's counterclaims as to noninfringement. The Parties further request that all attorneys' fees, costs of court, and expenses be borne by each Party incurring the same.

| | |
|---|---|
| DATED: October 3, 2025 | Respectfully submitted, |

BY:/s/ *Kalpana Srinivasan*  
Max L. Tribble – Lead Counsel  
Texas State Bar No. 20213950  
mtribble@susmangodfrey.com  
Joseph S. Grinstein  
Texas State Bar No. 24002188  
jgrinstein@susmangodfrey.com  
Corey M. Lipschutz  
Texas State Bar No. 24099303  
clipschutz@susmangodfrey.com  
**SUSMAN GODFREY L.L.P.**  
1000 Louisiana Street, Suite 5100  
Houston, TX 77002  
Telephone: (713) 651-9366  
Facsimile: (713) 654-6666  

Kalpana Srinivasan  
California State Bar No. 237460  
ksrinivasan@susmangodfrey.com  
Jordan Rux  
Texas State Bar No. 24106380  
jrux@susmangodfrey.com  
**SUSMAN GODFREY L.L.P.**  
1900 Avenue of the Stars, Suite 1400  
Los Angeles, CA 90067  
Telephone: (310) 789-3100  
Facsimile: (310) 789-3150  

Daniel J. Shih  
Washington State Bar No. 37999  
dshih@susmangodfrey.com  
**SUSMAN GODFREY L.L.P.**  
401 Union Street, Suite 3000  
Seattle, WA 98101  
Telephone: (206) 516-3880  
Facsimile: (206) 516-3883  

Y. Gloria Park  
New York State Bar No. 5477047  
gpark@susmangodfrey.com  
William J. Melsheimer  
Texas State Bar No. 24126417  
jmelsheimer@susmangodfrey.com  
**SUSMAN GODFREY L.L.P.**

BY: */s/ Ross R. Barton*  
Ross Barton (NC Bar No. 37179)  
**ALSTON & BIRD LLP**  
Vantage South End  
1120 South Tryon Street  
Suite 300  
Charlotte, NC 28203-6818  
Phone: (704) 444-1000  
Fax: (704) 444-1111  

John D. Haynes (GA Bar No. 340599)  
David S. Frist (GA Bar No. 205611)  
Sloane Kyrazis (GA Bar No. 878240)  
Eric Pettis (GA Bar No. 360485)  
john.haynes@alston.com  
david.frist@alston.com  
sloane.kyrazis@alston.com  
eric.pettis@alston.com  
**ALSTON & BIRD LLP**  
One Atlantic Center  
1201 West Peachtree Street  
Atlanta, GA 30309-3424  
Telephone: (404) 881-7000  
Facsimile: (404) 881-7777  

Theodore Stevenson (TX Bar No. 19196650)  
Elliott Riches (TX Bar No. 24125381)  
Jacob Young ted.stevenson@alston.com  
jacob.young@alston.com  
**ALSTON & BIRD LLP**  
Chase Tower  
2200 Ross Avenue  
Suite 2300  
Dallas, TX 75201  
Phone: (214) 922-3400  
Fax: (214) 922-3899  

*Counsel for Defendants and Counterclaim-Plaintiffs AT&T Corp., AT&T Services, Inc., AT&T Mobility LLC, AT&T Mobility II LLC, New Cingular Wireless PCS, LLC, and Cricket Wireless LLC*

1

<div style="columns:2">

One Manhattan West, 50th Floor
New York, NY 10001

Andrea L. Fair
Texas State Bar No. 24078488
andrea@wsfirm.com
**MILLER FAIR HENRY PLLC**
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

**ATTORNEYS FOR PLAINTIFF PEGASUS WIRELESS INNOVATION LLC, AND THIRD-PARTY DEFENDANT KT CORPORATION**

Deron R. Dacus (TX Bar No. 00790553)
**The Dacus Firm, P.C.**
821 ESE Loop 323, Suite 430
Tyler, TX 75701
Phone: (903) 705-1117
Fax: (903) 581-2543
ddacus@dacusfirm.com

*Counsel for Defendants and Counterclaim-Plaintiffs AT&T Corp., AT&T Services, Inc., AT&T Mobility LLC, AT&T Mobility II LLC, New Cingular Wireless PCS, LLC, and Cricket Wireless LLC*

</div>

**CERTIFICATE OF CONFERENCE**

I hereby certify that I conferred via email with counsel for Plaintiff, and counsel for Plaintiff indicated that they do not oppose the relief sought herein.

                                           */s/ Ross R. Barton*
                                           Ross Barton

**CERTIFICATE OF SERVICE**

I hereby certify that on October 3, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

                                           */s/ Ross R. Barton*
                                           Ross Barton